# UNITED STATES DISTRICT COURT
for the
District of Massachusetts



In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
) Case No. 20-mj-6156-MPK
Information Associated with the Cellular Telephone )
Assigned Call Number (617) 312-2934 )
("Target Telephone #1) )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Location information described in Attachments A-1 and B-1.

located in the _____ District of New Jersey , there is now concealed *(identify the person or describe the property to be seized)*:

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 666 | Embezzlement from an Agency Receiving Federal Benefits |
| 18 USC 1343 | Wire Fraud |
| 18 USC 1028A | Aggravated Identity Theft |

The application is based on these facts:

See Affidavit of DOJ OIG SA Shena Latta

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Shena Latta, SA DOJ OIG
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 20, 2020 12:09 p.m.

*Judge's signature*

City and state: Boston, Massachusetts                M. Page Kelley, Magistrate Judge
*Printed name and title*